# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TONY VERSER**                                                                                          **PLAINTIFF**

**v.**                                   **CASE NO. 4:20-CV-01306-BSM**

**SOCIAL SECURITY ADMINISTRATION**
*Commissioner*                                                                                      **DEFENDANT**

## ORDER

After careful review of the record, the recommended disposition from United States Magistrate Judge Patricia S. Harris [Doc. No. 17] is adopted. Defendant's unopposed motion to reverse and remand this case to the Commissioner of the Social Security Administration pursuant to sentence four of 42 U.S.C. section 405(g) [Doc. No. 16] is granted. The clerk is hereby directed to reverse and remand for further administrative proceedings.

IT IS SO ORDERED this 22nd day of December, 2021.

                                                                      UNITED STATES DISTRICT JUDGE